**MCBRIDE COTTON AND CATTLE CORPORATION, Running Water Land & Cattle, Inc., Thompson Farm, C.J. Land & Cattle, L.P., Brandstatt Family Trust, Square B Inc., And GRH Land & Cattle Co., Plaintiffs–Appellants,**

v.

**Mike JOHANNS, Secretary of Agriculture, Defendant–Appellee.**

No. 05–1051.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2005.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

*JUDGMENT*